Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>Defendants. | Case No.: 2:17-cv-03038-JJT<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION FOR ORDER TO SHOW CAUSE, WITH CONSENT**<br><br>(Assigned to the Hon. John J. Tuchi) |

Plaintiff Madison Alley Transport & Logistics, Inc. ("MATL"), by and through undersigned counsel, hereby gives notice of its withdrawal of its Application for Order to Show Cause filed on October 8, 2018. (Doc. 43). MATL's counsel and Defendants' counsel[1] have discussed the subject matter of MATL's Application for Order to Show Cause and the parties agreed that MATL will withdraw its Application for Order to Show Cause.

**RESPECTFULLY SUBMITTED** this 16th day of October 2018.

---

[1] On October 9, 2018, Defendants' counsel informed MATL's counsel that Defendants' counsel also represent Sentinel Financial, Inc.—the non-party to which MATL's Application for Order to Show Cause was directed. (Doc. 43).

1
2    **MILLS + WOODS LAW, PLLC**
3
4    By    /s/ Jordan C. Wolff
         Robert T. Mills
5        Sean A. Woods
         Jordan C. Wolff
6        5055 N 12th Street, Suite 101
         Phoenix, AZ 85014
7        *Attorneys for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via US mail or electronic mail:

Robert B. Zelms
Nishan J. Wilde
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
*Attorneys for Defendants and*
*Sentinel Financial, Inc.*


By    /s/ Jordan C. Wolff

3