Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>Defendants. | Case No.: 2:17-cv-03038-JJT<br><br>**NOTICE OF DEPOSITION OF JENNIFER NIKBAKHT**<br><br>(Assigned to the Hon. John J. Tuchi) |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED**: Jennifer Nikbakht

**DATE OF DEPOSITION**: November 28, 2018

**TIME OF DEPOSITION**: 10:00 am

**PLACE OF DEPOSITION**: 11950 Aviation Blvd
Inglewood, CA 90304

**METHOD OF RECORDING:** Stenographic

**COURT REPORTER**:             Coash & Coash

**RESPECTFULLY SUBMITTED** this 19th day of November 2018.

                                     **MILLS + WOODS LAW, PLLC**

                                     By     /s/ Jordan C. Wolff
                                              Robert T. Mills
                                              Sean A. Woods
                                              Jordan C. Wolff
                                              5055 N 12th Street, Suite 101
                                              Phoenix, AZ 85014
                                              *Attorneys for Plaintiff*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert B. Zelms
Nishan J. Wilde
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
*Attorneys for Defendants*

    /s/ Jordan C. Wolff

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556