Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>Defendants. | Case No. 2:17-cv-03038-JJT<br><br>**NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES**<br><br>(Assigned to the Honorable John J. Tuchi) |

PLEASE TAKE NOTICE that on December 7, 2018, Plaintiff served its Fourth Supplemental Mandatory Initial Discovery Pilot Response on all counsel via US mail or electronic mail.

**RESPECTFULLY SUBMITTED** this 7th day of December 2018.

1

**MILLS +WOODS LAW, PLLC**

By  /s/ Jordan C. Wolff
    Robert T. Mills
    Sean A. Woods
    Jordan C. Wolff
    5055 North 12th Street, Ste 101
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via US mail or electronic mail:

Robert B. Zelms
Nishan J. Wilde
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
*Attorneys for Defendants*


By  /s/ Jordan C. Wolff