IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Western Truck Insurance Company, *et al.*,<br><br>Defendants. | No. CV-17-03038-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Stipulated Motion for Extension of Time for Disclosure and Depositions of Expert Witnesses (Doc. 52). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Joint Stipulated Motion (Doc. 52).

**IT IS FURTHER ORDERED** that the deadlines are extended as follows:

| Subject | Original Date | New Date |
|---|---|---|
| Deadline for Plaintiff's Expert Disclosures | November 30, 2018 | December 7, 2018 |
| Deadline for Defendants' Expert Disclosures | December 28, 2018 | January 4, 2019 |
| Deadline for Rebuttal Expert Disclosures | January 11, 2019 | January 18, 2019 |
| Deadline for Expert Depositions | February 1, 2019 | February 8 2019 |

All other aspects of this Court's November 13, 2017 Scheduling Order (Doc. 23) as modified (Doc. 46) remain in effect.

Dated this 10th day of December, 2018.

Honorable John J. Tuchi
United States District Judge