Robert B. Zelms; Arizona Bar No. 018956
rbz@manningllp.com
Nishan J. Wilde; Arizona Bar No. 031447
njw@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Western Truck Insurance Services, Inc., Robert Dion and Jane Doe Dion*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>Defendants. | Case No. 2:17-cv-3038-PHX-SMB<br><br>**NOTICE OF SERVICE OF SEVENTH SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN, by and through undersigned counsel, that Defendants Western Truck Insurance Services, Inc., Robert Dion and Jane Doe Dion, have served the following, by U.S. Mail and email, on this date:

1.  Defendants' Seventh Supplemental Mandatory Discovery Responses.

///

///

///

///

4835-3790-2725.1                                      1

| | |
|---|---|
| DATED: January 16, 2019 | **MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP**<br><br>By: _____*s/ Nishan J. Wilde*_____<br>Robert B. Zelms<br>Nishan J. Wilde<br>*Attorneys for Defendants Western Truck Insurance Services, Robert Dion and Jane Doe Dion* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Robert T. Mills
Sean A. Woods
ANGELINI MILLS WOODS +
ORI LAW
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

By *s/ Diana Drake*

4835-3790-2725.1

2