Robert B. Zelms; Arizona Bar No. 018956
rbz@manningllp.com
Nishan J. Wilde; Arizona Bar No. 031447
njw@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Western Truck Insurance Services, Inc., Robert Dion and Jane Doe Dion*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>　　　　　Defendants. | Case No. 2:17-cv-3038-PHX-SMB<br><br>**NOTICE OF DEPOSITION OF JULIA MEISSNER** |

　　　PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSONS TO BE EXAMINED**:　JULIA MEISSNER

**DATE/TIME OF DEPOSITION**:　February 7, 2019 @ 10:00 a.m.

**PLACE OF DEPOSITION:**　　**MANNING & KASS**
　　　　　　　　　　　　　　　**ELLROD, RAMIREZ, TRESTER LLP**
　　　　　　　　　　　　　　　**3636 North Central Avenue, Suite 1100**
　　　　　　　　　　　　　　　**Phoenix, Arizona 85012**

**COURT REPORTER:**　　　　Veritext Reporting

DATED:  January 25, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____*s/ Nishan J. Wilde*_____
Robert B. Zelms
Nishan J. Wilde
*Attorneys for Defendants Western Truck Insurance Services, Robert Dion and Jane Doe Dion*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Robert T. Mills
Sean A. Woods
ANGELINI MILLS WOODS + ORI LAW
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

Veritext Reporting
calendar-ins@veritext.com

By */s/ Michelle R. Leach*

4826-1716-4934.1

2