1  Robert B. Zelms; Arizona Bar No. 018956
   rbz@manningllp.com
2  Nishan J. Wilde; Arizona Bar No. 031447
   njw@manningllp.com
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  3636 North Central Avenue, 11th Floor
   Phoenix, Arizona 85012
5  Telephone: (602) 313-5469
   Facsimile: (602) 313-5499
6
   *Attorneys for Western Truck Insurance*
7  *Services, Inc., Robert Dion and Jane Doe*
   *Dion*
8              **IN THE UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF ARIZONA**

10 Madison Alley Transportation & Logistics,    Case No. 2:17-cv-3038-PHX-SMB
   Inc., a New York corporation,
11
                Plaintiff,
12                                               **NOTICE OF DEPOSITION OF**
          v.                                     **DANIEL GARZELLA**
13
   Western Truck Insurance Services, Inc., a
14 California corporation, Robert Dion and
   Jane Doe Dion, husband and wife, John
15 Does and Jane Does I-X, ABC
   Partnerships I-X, ABC Limited Liability
16 Companies I-X, and XYZ Corporations I-
   X,
17
                Defendants.
18

19        PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure,

20 testimony will be taken upon oral examination of the person whose name, or general

21 description sufficient to identify the person, and address are stated below, at the time and place

22 stated below, before an officer authorized by law to administer oaths.

23 **PERSONS TO BE EXAMINED**:   **DANIEL GARZELLA**

24 **DATE/TIME OF DEPOSITION**:   **February 7, 2019 @ 2:00 p.m.**

25 **PLACE OF DEPOSITION:**        **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**
26                                 **3636 North Central Avenue, Suite 1100**
                                   **Phoenix, Arizona 85012**
27

28 **COURT REPORTER:**            Veritext Reporting

*(left margin vertical text)* MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP Attorneys at Law

DATED:  January 25, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____ *s/ Nishan J. Wilde* _____
Robert B. Zelms
Nishan  J. Wilde
*Attorneys for Defendants Western Truck*
*Insurance Services, Robert Dion and Jane Doe*
*Dion*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Robert T. Mills
Sean A. Woods
ANGELINI MILLS WOODS +
ORI LAW
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

Veritext Reporting
calendar-ins@veritext.com

By */s/ Michelle R. Leach* _____