Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York Corporation, | Case No. 2:17-cv-03038-SMB |
| Plaintiff, | **NOTICE OF SERVICE OF SEVENTH SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |
| vs. | |
| Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X, | (Assigned to the Honorable Susan M. Brnovich) |
| Defendants. | |

PLEASE TAKE NOTICE that on January 30, 2019, Plaintiff served its Seventh Supplemental Mandatory Initial Discovery Pilot Response on all counsel via US mail or electronic mail.

**RESPECTFULLY SUBMITTED** this 30th day of January 2019.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**MILLS +WOODS LAW, PLLC**

By   /s/ Jordan C. Wolff
        Robert T. Mills
        Sean A. Woods
        Jordan C. Wolff
        5055 North 12th Street, Ste 101
        Phoenix, Arizona 85014
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2019, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via US mail or electronic mail:

Robert B. Zelms
Nishan J. Wilde
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
*Attorneys for Defendants*


By   /s/ Jordan C. Wolff