# EXIHIBT 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF ARIZONA

 3

 4  Madison Alley Transportation &)
    Logistics, Inc., a New York   )
 5  Corporation,                  )
                                  )
 6              Plaintiff,        )
                                  )
 7      vs.                       ) Case No.: 2:17-cv-03038-
                                  )           JJT
 8                                )
    Western Truck Insurance       )
 9  Services, Inc., a California  )
    corporation, Robert Dion and  )
10  Jane Doe Dion, husband and    )
    wife, John Does and Jane Does )
11  I-X, ABC Partnerships I-X, ABC)
    Limited Liability Companies   )
12  I-X, and XYZ Corporations I-X,)
                                  )
13              Defendants.       )
    _____)
14

15

16            DEPOSITION OF ROBERT DION

17               Inglewood, California

18                November 27, 2018

19                    9:38 a.m.

20

21

22

23

24                           Prepared by:
                             Salvador Gutierrez
25                           Certified Reporter No. 9825
```

```
   1        Q    If we go to -- it's going to be marked MATL,
   2   M-A-T-L, dash, 007493.
   3        A    Uh-huh.
   4        Q    At the top, it says, "Business Income
10:51  5   Worksheet"; is that correct?
   6        A    Yes.
   7        Q    Have you seen this document before?
   8        A    I have, yeah.
   9        Q    Do you recall receiving this document on
10:51 10   June 26, 2015?
  11        A    I do.
  12        Q    What do you understand this document to be?
  13             MR. WILDE:  Form, foundation.
  14             THE WITNESS:  Sometime -- well, it says right
10:51 15   at the top, "Income Worksheet."
  16        Q    BY MR. WOLFF:  And this document was sent --
  17   from your understanding, that was sent from Madison
  18   Alley, from their leasing company; is that correct?
  19        A    Yes.
10:52 20        Q    And so the leasing company required -- had a
  21   business income worksheet filled -- with blank spots to
  22   fill in various numbers?
  23        A    Uh-huh.
  24        Q    What does this worksheet -- why does the
10:52 25   worksheet need to be filled out?
```

|   |   |   |
|---|---|---|
| | 1 | MR. WILDE:  Form, foundation. |
| | 2 | THE WITNESS:  Well, they gave this to -- they |
| | 3 | gave this to Madison Alley to figure out what they |
| | 4 | needed to ask for. |
| 10:52 | 5 | Q    BY MR. WOLFF:  What type of business income |
| | 6 | insurance they needed to have per the lease agreement? |
| | 7 | A    Yes, obviously. |
| | 8 | Q    And they sent this to you? |
| | 9 | A    Uh-huh. |
| 10:52 | 10 | MR. WILDE:  Form, foundation. |
| | 11 | Q    BY MR. WOLFF:  And when I say, "they," Tricia |
| | 12 | of Madison Alley sent this -- an e-mail to you that had |
| | 13 | the business income worksheet attached, asking for the |
| | 14 | additional requirements for insurance and to e-mail a |
| 10:52 | 15 | quote listing the cost for the insurance as they |
| | 16 | required; is that correct? |
| | 17 | A    Correct. |
| | 18 | Q    So they were asking for business income |
| | 19 | insurance; is that correct? |
| 10:53 | 20 | A    Uh-huh. |
| | 21 | Q    Did you ever fill out this sheet, the business |
| | 22 | income worksheet? |
| | 23 | A    No, I didn't. |
| | 24 | I couldn't have.  I couldn't have filled this |
| 10:53 | 25 | out. |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | Q    Why could you not have?                             |
|       | 2  | A    'Cause I didn't have all the information that       |
|       | 3  | they were asking for.  This is something that an         |
|       | 4  | accountant would fill out, or Jeff himself, that have -- |
| 10:53 | 5  | that have -- that have their financial statements and   |
|       | 6  | would have all this information.                         |
|       | 7  |      I don't have this.  And, quite honestly, I'm a     |
|       | 8  | licensed insurance agent.  I'm not a licensed            |
|       | 9  | accountant.                                              |
| 10:53 | 10 | Q    Did you ever ask Jeff Owen or anyone at Madison    |
|       | 11 | Alley for information so you could fill out this         |
|       | 12 | document?                                                |
|       | 13 | A    I don't recall I did, no.                          |
|       | 14 |      But even if I had the information, I'm not sure    |
| 10:53 | 15 | I could have filled it out.                              |
|       | 16 | Q    Why would could you not have filled it out?        |
|       | 17 | A    Well, 'cause I'm not an accountant.  This is       |
|       | 18 | something that an accountant would do.                   |
|       | 19 | Q    So my understanding is it asks for net annual      |
| 10:54 | 20 | sales?                                                   |
|       | 21 | A    Uh-huh.                                             |
|       | 22 | Q    It explains what net annual sales is; correct?     |
|       | 23 | A    Right.                                              |
|       | 24 |      MR. WILDE:  Form, foundation.                      |
| 10:54 | 25 |      THE WITNESS:  Well, yeah.                          |

```
 1      Q    BY MR. WOLFF:  It says, "The gross sales less
 2   accounts, returns, allowance, bad debt collection
 3   expenses, and prepaid freight plus other earnings from
 4   your business operations such as rents, commissions,
 5   cash, discount receipt, interest, or service fees";
 6   correct?
 7      A    Right.
 8      Q    And did you ever request net annual sales from
 9   Madison Alley?
10      A    No, I didn't.
11      Q    And the next section says, "Cost of Goods
12   Sold"; correct?
13      A    Yes.
14      Q    Did you ever request cost of goods sold from
15   Madison Alley?
16      A    No.  I don't recall.
17      Q    And power, heat, and refrigeration, did you
18   ever request any information regarding power, heat, and
19   refrigeration from Madison Alley?
20      A    No.
21      Q    Next section says, "Ordinary Payroll."
22           Did you ever request ordinary payroll from
23   Madison Alley?
24      A    No.
25      Q    What about extra expense exposure?
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | A    No.                                                     |
|       | 2  | Q    Extended business income and extended period of         |
|       | 3  | indemnity exposure?                                          |
|       | 4  | A    No.                                                     |
| 10:55 | 5  | Q    Margin of error -- or sorry.                            |
|       | 6  |      Margin for error?                                       |
|       | 7  | A    No.                                                     |
|       | 8  | Q    Did you ever tell anyone at Madison Alley that          |
|       | 9  | that information was needed in order to complete the         |
| 10:55 | 10 | business income worksheet?                                   |
|       | 11 | A    No.                                                     |
|       | 12 |      MR. WILDE:  Form, foundation.                           |
|       | 13 | Q    BY MR. WOLFF:  Did you -- and if you go to the          |
|       | 14 | last page, where it says, MATL-007494.                       |
| 10:55 | 15 | A    Uh-huh.                                                 |
|       | 16 | Q    At the very -- there's going to be three lines          |
|       | 17 | there that says, "Insured" --                                |
|       | 18 | A    Uh-huh.                                                 |
|       | 19 | Q    -- then "Agent" --                                      |
| 10:55 | 20 | A    Uh-huh.                                                 |
|       | 21 | Q    -- and then "Date."                                     |
|       | 22 | A    Right.                                                  |
|       | 23 | Q    Correct?                                                |
|       | 24 | A    Right.                                                  |
| 10:55 | 25 | Q    Did you ever put your -- and your Madison               |

```
 1    Alley's agent for procuring the business income
 2    insurance; is that correct?
 3              THE WITNESS:  I'm Madison -- I'm their
 4    insurance agent.
 5              Is that what you're saying?
 6         Q    BY MR. WOLFF:  Yeah.
 7              You're their agent --
 8         A    Yes, I am.
 9         Q    -- for procuring business income insurance?
10         A    Uh-huh.
11         Q    And here it's requesting the agent's name; is
12    that correct?
13              MR. WILDE:  Form, foundation.
14         Q    BY MR. WOLFF:  Here there's a line that says,
15    "Agent."
16         A    Right.
17         Q    It says, "Agent_," but it looks like a long
18    line.
19         A    Uh-huh.
20         Q    What do you think that is there for?  Why is it
21    asking for the agent?
22         A    Well, it could be anything.
23              MR. WILDE:  Form.
24              THE WITNESS:  But I would think that they're
25    talking about, well, the agent that filled it out for
```

```
 1   them.
 2       Q    BY MR. WOLFF:  And you were their agent;
 3   correct?
 4       A    I was.
 5       Q    And you did not fill this out; correct?
 6       A    No, I didn't.
 7       Q    What did you do with this -- the e-mail that
 8   you received from June 26, 2015 with the five
 9   attachments, what did you do with this information?
10       A    I forwarded it to my underwriter.
11       Q    And who was your underwriter?
12       A    It was Yana over at --
13            DEPOSITION OFFICER:  Say it again?
14            THE WITNESS:  I believe it was Yana.  I don't
15   remember off the top of my head.  I sent her an e-mail,
16   though.  I forwarded this to her and asked her if she'd
17   be able to offer a quote for this.  This is what they're
18   asking for.
19            MR. WOLFF:  I'm going to mark this as -- we're
20   on Exhibit 7?
21            (Exhibit 7 was marked for identification.)
22       Q    BY MR. WOLFF:  And what we're looking at here,
23   it looks like a chain of e-mails; is that correct?
24       A    Right.
25       Q    And the e-mail at the top, it looks -- it's
```

```
 1              Do you remember that line of questioning?
 2       A      Yeah, I do.
 3       Q      Did you ever procure insurance for Madison
 4   Alley for less than a year?
 5       A      No.
 6       Q      All right.
 7              So policies typically are a year long?
 8       A      Yes.
 9       Q      All right.
10              Would -- to your knowledge, did any of the
11   insurance policies that you procured on behalf of
12   Madison Alley ever last for one day?
13       A      No.
14       Q      And, in fact, could that have been a typo that
15   was later resolved to get the year?
16       A      Yes.
17              MR. WILDE:  That's all I have.
18
19                      FURTHER EXAMINATION
20   BY MR. WOLFF:
21       Q      When you have -- whether current customers or
22   new customers, do they ever come to you, saying, "I want
23   the most expensive insurance available"?
24       A      What's that?
25       Q      Do they ever come to you, asking, "I want the
```

```
 1   most expensive insurance available"?
 2        A    No.
 3        Q    Are most people looking for the cheapest
 4   insurance that they can get?
 5        A    No, I wouldn't put it that way.
 6        Q    Are they looking to find the appropriate amount
 7   of insurance for the cheapest price?
 8        A    Yeah.
 9        Q    And so when Mr. Owen asked for the cheapest, he
10   was asking for the cheapest policy or premium that
11   satisfied the lease; is that correct?
12        A    Yes.
13        Q    And as we discussed earlier and as you stated,
14   Mr. Owen never said he wanted 20,000 in BI insurance; is
15   that correct?
16        A    I don't recall.  No.
17        Q    Robert, do you know how to do basic arithmetic?
18        A    Yes.
19        Q    Do you how to use a calculator?
20        A    Yes.
21        Q    If you were provided the information requested
22   in the business income worksheet that was sent to you by
23   Madison Alley, could you have filled in each box on --
24             MR. WILDE:  Form, foundation.
25        Q    BY MR. WOLFF:  -- the income worksheet that was
```