Robert B. Zelms; Arizona Bar No. 018956
rbz@manningllp.com
Nishan J. Wilde; Arizona Bar No. 031447
njw@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Western Truck Insurance Services, Inc., Robert Dion and Jane Doe Dion*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>Defendants. | Case No. 2:17-cv-3038-PHX-SMB<br><br>**MOTION FOR ENTRY OF JUDGMENT ON PLAINTIFF'S CLAIMS FOR (1) BREACH OF CONTRACT (2) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND (3) THE REASONABLE EXPECTATIONS DOCTRINE**<br><br>(Hon. Susan M. Brnovich) |

Defendants, by and through counsel undersigned, respectfully file this Motion for Entry of Judgment on Plaintiff's Claims for (1) Breach of Contract, (2) Breach of the Covenant of Good Faith and Fair Dealing and (3) the Reasonable Expectations Doctrine.

Plaintiff's Complaint alleged three contract claims against Defendants – (1) Breach of Contract, (2) Breach of the Covenant of Good Faith and Fair Dealing and (3) the Reasonable Expectations Doctrine. On July 10, 2019, this Court granted dismissal of Plaintiff's contract claims.

As mentioned in Defendant's Application for Attorney's Fees, Defendants made several good-faith efforts to resolve this case early on and in an effort to avoid expending money on attorney's fees. However, Plaintiff refused and forced Defendants to expend significant

4818-6613-8270.1

attorney's fees in defense of Plaintiff's claims. Because the Court granted Defendants' Motion for Summary Judgment on Plaintiff's contract claims, it is appropriate to enter judgment on these claims and allow Defendants to recover attorney's fees pursuant to A.R.S. § 12-341.01.

DATED:  August 2, 2019

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:   *s/ Nishan J. Wilde*
Robert B. Zelms
Nishan  J. Wilde
*Attorneys for Defendants Western Truck Insurance Services, Robert Dion and Jane Doe Dion*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Robert T. Mills
Sean A. Woods
Jordan Wolff
ANGELINI MILLS WOODS + ORI LAW
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

By s/ Diana Drake

4818-6613-8270.1