Robert B. Zelms; Arizona Bar No. 018956
rbz@manningllp.com
Debora L. Verdier, Arizona Bar No. 018676
dlv@manningllp.com
Nishan J. Wilde; Arizona Bar No. 031447
njw@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
*Attorneys for Western Truck Insurance Services, Inc., Robert Dion and Jane Doe Dion*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Madison Alley Transportation & Logistics, Inc., a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Western Truck Insurance Services, Inc., a California corporation, Robert Dion and Jane Doe Dion, husband and wife, John Does and Jane Does I-X, ABC Partnerships I-X, ABC Limited Liability Companies I-X, and XYZ Corporations I-X,<br><br>  Defendants. | Case No. 2:17-cv-3038-PHX-SMB<br><br>**STIPULATION OF THE PARTIES TO EXTEND DEFENDANTS' TIME TO FILE** |

The parties hereby stipulate and agree to an extension of time for Defendants to file their Reply to Plaintiff's Response in Opposition to Defendants' Motion for Entry of Judgment [Dkt. 107] and their Reply to Plaintiff's Response in Opposition to Defendants' Motion for Attorneys' Fees [Dkt. 108] until Thursday, August 29, 2019.

A proposed Order is filed herewith.

4835-3201-6803.1

1

| | |
|---|---|
| DATED: August 28, 2019 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |
| | By: _____*s/ Nishan J. Wilde*_____<br>Robert B. Zelms<br>Debora L. Verdier<br>Nishan J. Wilde<br>*Attorneys for Defendants Western Truck Insurance Services, Robert Dion and Jane Doe Dion* |
| DATED: August 28, 2019 | **MILLS + WOODS LAW, PLLC** |
| | By: _____*s/ Jordan Wolff*_____<br>Robert T. Mills<br>Sean A. Woods<br>Jordan Wolff<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ  85014<br>*Attorneys for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th   day of August 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Robert T. Mills
Sean A. Woods
Jordan Wolff
MILLS + WOODS LAW, PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
rmills@millsandwoods.com
swoods@millsandwoods.com
jwolff@millsandwoods.com
*Attorneys for Plaintiff*

By s/ Diana Drake