CIVIL MINUTES
UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| United States District Judge Susan M. Brnovich | **Date:** September 26, 2019 |
|---|---|
| Madison Alley Transportation & Logistics Incorporated v. Western Truck Insurance Company et al | **Case Number:** CV-17-03038-PHX-SMB |

| **APPEARANCES:** | Attorneys for Plaintiffs – Robert Mills and Sean Woods | Attorneys for Defendants- Nishan Wilde and Debora Verdier |
|---|---|---|

**PROCEEDINGS**  ☒  Day 3 Jury Trial Held

**Other Appearances:** Plaintiff – Jeff Owen and Mindi Peters
Defendant – Robert Dion

8:57 A.M. Court in session. Parties are present. Exhibits 311 and 312 redacted and replaced per agreement of the parties. Exhibits 311 and 312 admitted.  Defendant's motion to preclude emotional distress argument filed with the Court and discussed.  Motion taken under advisement. Court order to issue on the deposition objections designations of Jennifer Nikbakht. Copies handed to counsel. 9:02 A.M. Jury is present. 9:05 A.M. Julia Miessner sworn and examined. Exhibit 213, 279, 83,84(redacted) admitted. 10:30 A.M. Jury excused. The redaction of exhibit 84 discussed. 10:33 A.M. Court in recess.

10:47 A.M. Court in session. Parties are present. 10:48 A.M. Jury is present. Julia Miessner examination continues. Exhibit 85 admitted.  Juror # 1 question addressed with witness. 11:28 A.M.  Plaintiff rest. Plaintiff will not use the deposition of Jennifer Nikbakht. 11:30 A.M. Neal Bordenave sworn and examined. 12:00 P.M. Lunch recess.

1:00 P.M. Court in session. Parties are present. A copy of the draft final jury instructions given to the parties for review.  1:02 P.M. Jury is present. Neal Bordenave examination continues. Exhibit 335,200 admitted. 2:16 P.M. Court in recess.

2:30 P.M. Court in session. Parties are present. 2:32 P.M. Jury is present.  Mark Muse sworn and examined. Exhibit 353, 354 marked and admitted demonstrative only. 3:03 P.M. Pamela Collins sworn and examined. 3:38 P.M. Mark Muse retakes stand -cross examination begins. 3:52 P.M. Defendant rest. 3:53 P.M. Jeff Owen recalled on rebuttal. 3:54 P.M. Plaintiff rest. 3:55 P.M. Jury excused until 9:00 A.M. on 9/27/2019. 3:55 P.M. Plaintiff oral motion for judgment as a matter of law is denied. 3:56 P.M. Court in recess.

4:24 P.M. Court in session. Parties are present. Final jury instructions discussed.  Court will email a final version to the parties.  4:49 P.M. Court in recess.

**Jury trial resumes on 9/27/2019 at 9:00 a.m. Counsel 8:45 A.M.**

**Court Reporter:** Barbara Stockford/Elaine Cropper
**Courtroom Deputy:** Traci Abraham

**Time in Court:** 8:57 A.M. to 4:49 P.M.