CIVIL MINUTES
UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| United States District Judge Susan M. Brnovich | **Date:** September 27, 2019 |
| Madison Alley Transportation & Logistics Incorporated v. Western Truck Insurance Company et al | **Case Number:** CV-17-03038-PHX-SMB |

| **APPEARANCES:** | **Attorneys for Plaintiffs – Robert Mills and Sean Woods** | **Attorneys for Defendants- Nishan Wilde and Debora Verdier** |
|---|---|---|

**PROCEEDINGS**  ☒  **Day 4 Jury Trial Held**

**Other Appearances: Plaintiff – Jeff Owen and Mindi Peters**
**Defendant – Robert Dion**

**8:52 A.M. Court in session. Parties are present.  Final jury instructions and verdict form discussed.  Defendant's motion to preclude argument or reference to emotional distress and motion for limiting jury instruction (Doc. 148) is denied. 9:02 A.M. Jury is present. Final jury instructions read. 9:14 A.M. Plaintiff closing argument. 9:48 A.M. Defendant closing argument. 10:31 A.M. Court in recess.**

**10:43 A.M. Court in session. Parties are present. 10:45 A.M. Jury is present. Plaintiff rebuttal argument.  10:59 A.M.  Final instructions to the jury. Courtroom deputy sworn as bailiff. 11:05 A.M. Jury retire for further instruction and deliberations.  11:07 A.M. Court in recess. Jury break for lunch from 11:10 A.M. to 11: 34 A.M. 2:30 P.M. Court notified that the jury has reached a verdict. 2:51 P.M. Court in session. Parties are present. 2:53 P.M. Jury is present. Verdict read and recorded. Jury polled.  2:57 P.M. Jury excused and released. 2:58 P.M. Court adjourned. Exhibits returned to parties.**

**Clerk of Court to enter judgment pursuant to the jury verdict.**

**Court Reporter: Barbara Stockford**
**Courtroom Deputy: Traci Abraham**

**Time in Court: 8:52 A.M. to  2:58 P.M.**