Jury Q #7
9-26-19

CV17-3038PhxSMB

Table 213

Expenses - please explain in detail how you arrived at it.

represents 40-50%

FILED ___ LODGED
RECEIVED ___ COPY

SEP 27 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY