FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Alley Transportation & Logistics Inc., <br><br> Plaintiff, <br><br> v. <br><br> Western Truck Insurance Company and Robert Dion, <br><br> Defendants. | No. CV-17-03038-PHX-SMB <br><br> **VERDICT** |

## NEGLIGENCE

As to Count 1 (Negligence) We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of plaintiff Madison Alley Transportation & Logistics, Inc. and find the full damages to be $ 900,000.00 .

We find the relative degrees of fault to be: (If a party or nonparty is not at fault, put a zero (0) on the percentage line for that party or nonparty.)

| | |
|---|---|
| Plaintiff Madison Alley Transportation & Logistics, Inc. | 35 % |
| Defendant Robert Dion | 5 % |
| Defendant Western Truck Insurance Services, Inc. | 60 % |
| Fully Loaded Deliveries | 0 % |

Total: 100%

1. _Juror 1_
2. _juror 2_
3. _Juror 3_
4. _Juror 4_
5. _Juror 5_
6. _Juror 6_
7. _Juror 7_

FOREPERSON _Juror 7_   Date _9/27/2019_

As to Count 1 (Negligence) We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of defendants Robert Dion and Western Truck Insurance Services, Inc.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

FOREPERSON_____ Date _____

- 2 -

## NEGLIGENT TRAINING AND SUPERVISION

As to Count II (Negligent Training and Supervision against Western Truck Insurance Services, Inc.,) We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Plaintiff Madison Alley Transportation & Logistics, Inc. and find the full damages to be $ 100,000.00 .

We Find the relative degrees of fault to be: ( If any party or nonparty is not at fault, put a zero (0) on the percentage line for that party or nonparty.)

| | |
|---|---|
| Plaintiff Madison Alley Transportation & Logistics, Inc. | 0 % |
| Defendant Robert Dion | 5 % |
| Defendant Western Truck Insurance Services, Inc. | 95 % |

Total: 100%

1. Juror 1
2. Juror 2
3. Juror 3
4. Juror 4
5. Juror 5
6. Juror 6
7. Juror 7

FOREPERSON  Juror 7     Date  9/27/19

- 3 -

As to Count II (Negligent Training and Supervision against Western Truck Insurance Services, Inc.) We, the Jury duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of defendants Robert Dion and Western Truck Insurance Services, Inc.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

FOREPERSON _____  Date _____